_____



**SO ORDERED,**

*Katharine M. Samson*

**Judge Katharine M. Samson
United States Bankruptcy Judge
Date Signed: May 21, 2025**

_____
The Order of the Court is set forth below. The docket reflects the date entered.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                  CHAPTER 13 PROCEEDING
   JONATHON MICHAEL HAMILTON                  25-00928 KMS
   527 W. Chickasaw Street
   Brookhaven, MS  39601                                  SSN:  XXX-XX-3190

## RELEASE OF WAGES

THE ORDER heretofore entered in these proceedings by which the debtor's employer:

   AMAZON DATA SERVICES INC
   attn: Amazon Payroll
   202 WESTLAKE AVE N
   SEATTLE, WA  98109

was required to pay debtor's earnings or a portion thereof to:

   DAVID RAWLINGS, TRUSTEE
   LOCK P.O. BOX 871
   HATTIESBURG, MS  39403
   (601) 582-5011

<u>IS VACATED AND THE ABOVE NAMED EMPLOYER WILL HENCEFORTH ACCOUNT DIRECTLY TO THE EMPLOYEE FOR WAGES EARNED.</u>

##END OF ORDER##

SUBMITTED BY:

/s/ DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
(601) 582-5011
ecfNotices@rawlings13.net